**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

vs.                                       CASE NO. 1:07-CR-39-002-SPM

ROLANDO MAESTREY,

    Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

This cause came before the Court on November 15, 2007, for Initial Appearance and Arraignment of Defendant, ROLANDO MAESTREY.   The Defendant was released on a Conditional Release Bond and agreed to abide by all of the Court's standard conditions.

On January 30, 2008, the Defendant orally filed a Motion to Amend the Conditions of Pretrial Release. The Government and the United States Probation Office having no objection to the modifications requested and the Court having considered the oral motion finds that the motion should be granted.   Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.     The Defendant's Oral Motion to Modify Conditions of Pre Trial Release is **GRANTED.**

2.     The condition in paragraphs (15 and 16) of the Court's order setting conditions of pre trial release are removed and the Defendant shall no longer be required to participate in Home Confinement with Electronic Monitoring and Curfew.

1

3.  All other terms and conditions previously imposed remain in full force and effect.

**DONE AND ORDERED** this *first* day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge